IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-01141-LTB

ANDREW J. O'CONNOR,

    Plaintiff,

v.

ANDREA MERIDA,
DAVE BELL,
SIERRA GARCIA,
R.J. TOBIN,
COLORADO GREEN PARTY, individually and severally,

    Defendants.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on June 5, 2020, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 5 day of June, 2020.

                          FOR THE COURT,

                          JEFFREY P. COLWELL, Clerk

                          By: s/A. Thomas
                          Deputy Clerk